

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**KRISHNAN PADMANABHAN**
New York Managing Partner
+1 212-294-3564
KPadmanabhan@winston.com

October 13, 2025



<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *NetApp, Inc. v. Valtrus Innovations Ltd. et al.*, Case No. 1:25-cv-06138-KPF
**Joint Letter to Adjourn the Initial Pretrial Conference**

Dear Judge Katherine Polk Failla:

We represent Plaintiff NetApp, Inc. in the above-referenced matter and write to request an adjournment of the initial pretrial conference until Defendants have answered or otherwise responded to the Complaint. We have conferred with counsel for Defendants and they join in this request as well.

The initial pretrial conference is currently set for October 23, 2025, at 11:00 AM. *See* Dkt. No. 10. Valtrus Innovations Ltd. and Key Patent Innovations Ltd. executed a waiver of service which set the answer deadline for Defendants ninety (90) days from August 14, 2025, since Defendants are Irish entities. *See* Dkt. No. 11. Accordingly, Defendants' deadline to answer or otherwise respond to the Complaint is currently November 12, 2025.

The parties' jointly request that the initial pretrial conference in this matter be rescheduled for some time after Defendants have had an opportunity to answer or otherwise respond, as the nature of Defendants' response may bear on issues to take up in the Case Management Plan and overall case schedule.

This is the parties' first request for adjournment.

Sincerely,

s/Krishnan Padmanabhan

Krishnan Padmanabhan

Application GRANTED.  The Initial Pretrial Conference scheduled for October 23, 2025, is hereby ADJOURNED to November 20, 2025, at 12:00 p.m.

Dated:     October 14, 2025             SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE