

AMY PARK

DIRECT: 646.797.4277
FAX: 212.257.5796

APARK@FABRICANTLLP.COM

November 6, 2025



**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *NetApp, Inc. v. Valtrus Innovations Ltd. et al.*, Case No. 1:25-cv-06138-KPF
**Defendants Valtrus Innovations Ltd. and Key Patent Innovations Ltd. Letter to Adjourn the Initial Pretrial Conference**

Dear Judge Katherine Polk Failla:

We represent Defendants Valtrus Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Defendants") in the above-captioned matter and write to request an adjournment of the initial pretrial conference to November 26, 2025. We have conferred with counsel for Plaintiff NetApp, Inc. and they consent to the request.

The initial pretrial conference was initially set for October 23, 2025, at 11:00 AM. *See* Dkt. No. 10. The parties jointly requested an adjournment of that date. *See* Dkt. No. 17. The application was granted on October 14, 2025, and the initial pretrial conference was adjourned to November 20, 2025 at 12:00 PM. *See* Dkt. No. 18.

The Notice of Initial Pretrial Conference requires the attorney who will serve as principal trial counsel attend all pretrial conferences. Defendants' principal trial counsel is out of the country on November 20, 2025. Defendants' respectfully request that the initial pretrial conference in this matter be rescheduled for November 26, 2025.

This is the second request for adjournment of the initial pretrial conference.

Sincerely,

/s/ Justine Minseon Park_____
Justine Minseon Park

The initial pretrial conference previously scheduled for November 20, 2025, is  hereby ADJOURNED to **December 11, 2025,** at **10:30 a.m.**  As before, the conference will be telephonic.  At the scheduled time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated:     November 7, 2025           SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE