GIBSON DUNN

Paul Torchia
Partner
T: +1 212.351.2339
M: +1 703.989.7879
ptorchia@gibsondunn.com

October 29, 2026

VIA ECF

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *NetApp, Inc. v. Valtrus Innovations Ltd. et al.*, No. 1:25-cv-06138-KPF
**Joint Status Update and Request for Extension of Time**

Dear Judge Failla:

We write on behalf of Plaintiff NetApp, Inc. ("NetApp") and Defendants Valtrus Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Valtrus") pursuant to the Court's September 30, 2026 Order directing the parties to submit a joint letter regarding how they wish to proceed following a decision by the Eastern District of Texas on NetApp's venue motion. The parties respectfully request that the Court continue the existing stay and extend the October 29, 2026 deadline by 30 days, to November 30, 2026, for the parties to submit a further joint status update addressing how they propose to proceed in this action.

On September 22, 2026, the Eastern District of Texas granted NetApp's motion to dismiss for improper venue as modified and ordered that *Valtrus Innovations Ltd. et al. v. NetApp, Inc.*, No. 2:25-cv-00517-JRG, be transferred to the District of Delaware rather than dismissed. *See* No. 2:25-cv-00516-JRG (Lead Case), Dkt. 142 at 6–7.

Under Eastern District of Texas Local Rule CV-83(b), the transfer will not be effectuated until at least 21 days after the transfer order in order to allow time for any motions for reconsideration. If a timely motion for reconsideration is filed, the Clerk delays the transfer until the court rules on that motion. In light of the Eastern District of Texas's local rules, the parties previously requested a 30-day extension to provide a status update addressing how this action should proceed. Dkt. 45. The Eastern District of Texas has not yet transferred the case to the District of Delaware. If the Eastern District of Texas case is transferred to the District of Delaware, the parties will meet and confer concerning what further steps to take with respect to this action.

This is the parties' second request to extend this deadline, and the parties' previous request concerning this deadline was granted. *See* Dkt. 47. All parties consent to this request. No other scheduled dates would be affected.

Respectfully submitted,

/s/ Paul Torchia

Paul Torchia
Counsel for Plaintiff NetApp, Inc.
cc: All counsel of record (via ECF)

Application GRANTED. This case will remain stayed, and the parties shall submit a joint status letter on or before **November 30, 2026**.

The Clerk of Court is directed to terminate the pending motion at docket entry 50.

Dated: October 29, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE